# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TAMMY RIEF, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 2:13-cv-00793-KOB-JEO |
| ) | |
| THE STATE OF CALIFORNIA, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on the magistrate judge's Report and Recommendation filed October 28, 2013.  (Doc. 6).  No parties have filed any objections.

The court has considered the entire file in this action, including the magistrate judge's Report and Recommendation.  The court finds that the magistrate judge's report is due to be ADOPTED, and the court ACCEPTS his recommendation that the court dismiss the petition for writ of habeas corpus without prejudice because the petitioner has failed to exhaust her available remedies in Alabama state court.

Therefore, the court finds that the petition for writ of habeas corpus is due to be dismissed without prejudice.  The court will enter an appropriate Order.

DONE and ORDERED this 19th day of November, 2013.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE